UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 1:25-cv-00676-JLT-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Docs. 9, 12) |

Plaintiff Victoria Garcia ("Plaintiff") initiated this action with the filing of a complaint on April 25, 2025, in the Kern County Superior Court, case number BCV-25-101513. (Doc. 1). Defendant Target Corporation ("Defendant") removed the case to this Court on June 4, 2025. *Id.* On September 4, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 9).

Pending before the Court is the parties' stipulated request to amend the scheduling order to extend all operative discovery and non-dispositive motion dates by 90 days, filed on December 8, 2025. (Doc. 12). The parties represent that counsel for Defendant Target are both expected to go on maternity leaves from January 2026 until approximately June 2026, and additional attorneys from Wilson Turner Kosmo LLP will represent Defendant during counsels' absences to ensure coverage for continued discovery and other case matters. *Id.* at 2-3. The parties assert good cause exists for the requested extension to account for these upcoming leaves, to avoid unnecessary

motion work, and because the request is made in good faith and not for purposes of delay. *Id.* at 3. Counsel for Defendant Theresa W. Esqueda declares that since this case was scheduled on September 3, 2025, the parties have diligently exchanged written discovery including initial disclosures, interrogatories, and requests for production of documents, and Defendant has issued subpoenas related to Plaintiff's claims since receiving her discovery responses. (Doc. 12-1, Declaration of Theresa W. Esqueda ("Esqueda Decl.") ¶ 5). Counsel declares that Defendant is currently in the process of scheduling Plaintiff's deposition for a date in early 2026. *Id.* She declares that her firm Wilson Turner Kosmo LLP is currently in the process of identifying coverage counsel for continued discovery and any other case-related matters while her and counsel Mellania Safarian are on leave. *Id.* ¶ 6. She further declares that the parties agreed to the 90-day extension of all discovery-related deadlines to ensure there is time for the covering counsel to acclimate themselves to this case and make any needed schedule adjustments. *Id.* ¶ 7.

Based on the parties' stipulated representations that the parties have diligently engaged in written discovery, and Defendant's coverage counsel needs time to acclimate to this case, the Court finds good cause exists to amend case management dates and deadlines of the scheduling order. Although the parties do not stipulate to or request that dispositive motion, pretrial conference, and trial dates be similarly extended, the Court modifies those dates as necessitated in light of the extension request as set forth below.

*Remainder of This Page Intentionally Left Blank*

2

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 12) and for good cause shown, it is HEREBY ORDERED that the operative scheduling order (Doc. 9) is amended <u>as modified</u> as follows:

| Event | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Mid-Discovery Status Conference | January 28, 2026 | <u>April 28, 2026, at 10:00 AM</u> |
| Non-Expert Discovery | March 6, 2026 | June 4, 2026 |
| Expert Disclosure | March 20, 2026 | June 18, 2026 |
| Rebuttal Expert Disclosure | April 10, 2026 | July 9, 2026 |
| Expert Discovery | May 8, 2026 | August 6, 2026 |
| Non-Dispositive Motion Filing | May 21, 2026 | August 19, 2026 |
| Non-Dispositive Motion Hearing | June 25, 2026, 10:30 AM | September 23, 2026, at 10:30 AM |
| <u>Dispositive Motion Filing (JLT)</u> | July 9, 2026 | <u>October 7, 2026</u> |
| <u>Dispositive Motion Hearing (JLT)</u> | August 20, 2026, at 8:30 AM | <u>November 18, 2026, at 8:30 AM</u> |
| <u>Pretrial Conference (JLT)</u> | October 26, 2026, at 1:30 PM | <u>January 25, 2027, at 1:30 PM</u> |
| <u>Jury Trial (JLT)</u> | January 12, 2027, at 8:30 AM | <u>March 23, 2027, at 8:30 AM</u> |

All other case management dates and provisions of the operative scheduling order (Doc. 9) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated: **December 9, 2025**

UNITED STATES MAGISTRATE JUDGE

3